## ALEXANDER MONTGOMERY,

### *vs.*

## GEORGE H. ROBINSON,

*New Castle, Sept. T. 1872.*

An injunction awarded to restrain a trespass by the erection of a wall upon land of which the complainant and his grantors had held adverse possession for more than twenty years.

INJUNCTION BILL.—The facts alleged in the bill were substantially as follows :—The complainant was the owner of certain land on the Easterly side of Shipley street, between Eighth and Ninth streets in the city of Wilmington, the Northerly boundary of which was an ancient enclosure or partition composed partly of an old brick wall and partly of an old wooden fence. The complainant and his grantors had held the open, notorious, continued and

adverse possession of the said lot to said old wall and fence. The defendant had torn down this old partition and commenced building a house wall encroaching at one end, upon the complainant's land, at one point about ten inches and at the other end about eight inches beyond the centre line of the said old wall.

The bill prayed that the defendant should be restrained from building or completing the said wall, and for other relief.

On motion of *E. G. Bradford, Jr.*, for the complainant, it was ordered that the injunction issue, and further, that the complainant shew cause two days later why the injunction should not be dissolved, and that notice be given to the defendant of this order.

*Lore*, appeared *gratis* for the defendant, who subsequently abandoned the erection of the wall, removed the portion already built, and the bill was then dismissed by consent.